BEFORE THE FIRST DIVISION, MARCH 3, 1955

**No. 58789.**—Barnett International Forwarders, Inc. *v.* United States, protests 240963–K, etc. (New York).

Opinion by OLIVER, C. J.   The motion to dismiss was granted.

**No. 58790.**—Kittay & Blitz, Inc. *v.* United·States, protest 242586–K (New York).

Opinion by OLIVER, C. J.   The motion to dismiss was granted.

**No. 58791.**—Kaufman & Vinson Co. et al. *v.* United States, protests 238132–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 58792.**—Kung Chen Fur Corp. and Cohen & Mann et al. *v.* United States, protests 237904–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*